UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Offices of Douglas T. Tabachnik, P.C.
Douglas T. Tabachnik, Esq.
Woodhull House
63 West Main Street, Suite C
Freehold, NJ 07728
732-780-2760
dtabachnik@dttlaw.com

In Re:

MARVIN MICHAEL JONES

Case No.: __17-30809__

Chapter: __11__

Judge: __Michael B. Kaplan__

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: _____8 Tin Peddler Drive, Millstone Township, NJ 08510_____

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor __MTGLQ INVESTORS, L.P.__   Amount: $ __7289.17__   Due date: __11/1/17__

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 10/30/2017                          /s/ Marvin Michael Jones
                                          Debtor

Date: _____                      _____
                                          Joint Debtor (if any)

**Debtor Information:**

Print full name: Marvin Michael Jones

Mailing address: 8 Tin Peddler Drive, Millstone, NJ 08510

Telephone number: (732) 513-8834

Email address (if any): jono3@optimum.net

**Debtor's Attorney Information:**

Name: Law Offices of Douglas T. Tabachnik, P.C.

Address: 63 West Main Street, Suite C, Freehold, NJ 07728

Telephone number: 732-780-2760      Fax number: 732-780-2761

Email address (if any): dtabachnnik@dttlaw.com

**Creditor Information: (if known)**

Name: MTGLQ INVESTORS, L.P.

Address: 1209 N Orange Street, Wilmington, DE 19801

Telephone number: _____  Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: Phelan Hallinan Diamond & Jones, PC, Attn: Sherri J. Braunstein, Esq.

Address: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054

Telephone number: 856-813-5500, ext. 31614   Fax number: 856-813-5501

Email address (if any): sherri.Braunstein@phelanhallinan.com

**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*